Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
31 N. 6th Avenue
#105-152
Tucson, AZ 85701-5701
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 PROCEEDINGS |
| ) | |
| ORVILLE CEDRIC NANCE ) | CASE NO.: 20-bk-01684-SHG |
| ) | |
| ) | **WITHDRAWAL OF TRUSTEE'S** |
| ) | **MOTION TO DISMISS** |
| ) | |
| DEBTOR ) | |

      Dianne C. Kerns, Chapter 13 Trustee, hereby withdraws her Motion to Dismiss in the above referenced case as the plan payments have been brought current; or the case has been converted.

Dated: 7/13/2020

/s/ Dianne C. Kerns 011557
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Copy of the foregoing lodged with U.S. Bankruptcy Court and mailed this: 7/13/2020

ORVILLE CEDRIC NANCE
PO BOX 85658
TUCSON, AZ 85754

COURTNEY TODD TORGESEN
DAVIS MILES MCGUIRE GARDNER PLLC
40 E RIO SALADO PKWY #425
TEMPE, AZ 85281

By Dawn Hoffman