**Davis Miles**
**McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire (SBN: 015909)
M. Preston Gardner (SBN: 029868)
A*ttorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| In re | In Chapter 13 Proceedings |
|---|---|
| ORVILLE CEDRIC NANCE, | Case No. 4:20-bk-01684-SHG |
| Debtor. | **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR** |

Pursuant to Local Bankruptcy Rule 9010-1, M. Preston Gardner and Davis Miles McGuire Gardner, PLLC (the "Attorney") hereby move this Court for entry of an Order allowing the Attorney's withdrawal as counsel of record for the Debtor. The Attorney and the Debtor have developed a conflict of interest such that the Attorney cannot continue as counsel in good faith. The Attorney gave reasonable warnings to the Debtor regarding withdrawal unless certain obligations in this Chapter 13 case were fulfilled. At this point, the Debtor insists on a course of action in this Chapter 13 case with which the Attorney fundamentally disagrees. As a result, the Attorney has filed this motion to withdraw as counsel; and, concurrently herewith, an objection to the Trustee's motion to dismiss,

1

Case 4:20-bk-01684-SHG    Doc 70    Filed 02/10/21    Entered 02/10/21 07:51:12    Desc
Main Document    Page 1 of 3

requesting an extension of time so the Debtor may find new counsel and file an amended Chapter 13 plan.

The Debtor is aware of the Attorney's intention to withdraw as counsel. The Attorney certifies that it has provided the Debtor with an explanation of the status of his case, as well as the date and time of any upcoming hearings and deadlines. The Debtor's current address and telephone number are:

Orville Nance  
3102 W. Tucana St.  
Tucson, AZ 85745  
Phone: (520) 991-5906  
Email: fajconsult@comcast.net

WHEREFORE, the Attorney respectfully requests that the Court enter an Order granting the Attorney's withdrawal from this case.

DATED this 10th day of February, 2021.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

*/s/ M. Preston Gardner*  
Pernell W. McGuire  
M. Preston Gardner  
*Attorneys for Debtor*

1  A copy of the foregoing was mailed
2  this 10th day of February, 2021, to:

3  Dianne C. Kerns Trustee
   31 N. 6th Avenue
4  #105-152
5  Tucson, AZ 85701

6  Orville Nance
7  3102 W. Tucana St.
   Tucson, AZ 85745
8  fajconsult@comcast.net

9

10  By: /s/ Joan Stoner
11      Joan Stoner