In re:  Case No. 20-01684-SHG
ORVILLE CEDRIC NANCE  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4      User: mattingly      Page 1 of 2
Date Rcvd: Mar 04, 2021      Form ID: pdf008      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ORVILLE CEDRIC NANCE, 3102 W TUCANA ST, TUCSON, AZ 85745-1508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ABBEY ULSH DREHER | on behalf of Creditor U.S. Bank Trust N.A. abbeyu@bdfgroup.com, AZ.ECF@BDFGROUP.COM |
| DENISE ANN FAULK | on behalf of Creditor UNITED STATES OF AMERICA [IRS] denise.faulk@usdoj.gov pamela.vavra@usdoj.gov |
| DIANNE 2 KERNS | on behalf of Trustee DIANNE C. KERNS mail@dcktrustee.com ecf@dcktrustee.com,dckerns@dcktrustee.com |
| DIANNE 3 KERNS | on behalf of Trustee DIANNE C. KERNS mail@dcktrustee.com ecf@dcktrustee.com,dckerns@dcktrustee.com |
| DIANNE C. KERNS | mail@dcktrustee.com ecf@dcktrustee.com,dckerns@dcktrustee.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley IXIS Real Estate Capital Trust |

2006-1, Mortgage Pass Through Certificates, Series 2006-1 ecf@tblaw.com

RICHARD E ANDERSON

on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust randerson@andersonvela.com

U.S. TRUSTEE

USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | ORVILLE CEDRIC NANCE |
| **Case Number:** | 4:20-BK-01684-SHG    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 03, 2021 02:00 PM   VIDEO CONF HRGS |
| **Bankruptcy Judge:** | SCOTT H. GAN |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | ALICIA JOHNS |

### Matter:

HEARING ON DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS FOR DELINQUENT PLAN PAYMENTS AND MOTION TO EXTEND DEADLINE FOR DEBTOR TO FILE AN AMENDED CHAPTER 13 PLAN.

**R / M #:**  68 / 0

### Appearances:

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, CHAPTER 13 TRUSTEE, Appearing by videoconference
ORVILLE CEDRIC NANCE, DEBTOR, Appearing by videoconference
DENISE ANN FAULK, ATTORNEY FOR UNITED STATES, Appearing by videoconference

Case 4:20-bk-01684-SHG    Doc 79    Filed 03/04/21    Entered 03/06/21 22:39:49    Desc
Imaged Certificate of Notice    Page 3 of 5

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   4:20-BK-01684-SHG   WEDNESDAY, MARCH 03, 2021 02:00 PM

## *Proceedings:*

Mr. Morris advises there are a number of problems with the plan, one being that the Debtor is substantially delinquent on the plan payments. With the IRS's pending objection, the plan payments would need to be much higher than what has been proposed in the current plan. The pending plan proposes to pay only the priority portion of the Arizona Department of Revenue claims. The IRS has a sizeable secured claim and a relatively small priority claim and there is no proposal to pay those in the plan. There are unfiled quarterly withholding reports.

The Court will hear from IRS's counsel.

Ms. Faulk thinks Mr. Morris clearly set out the problems with the plan and the IRS's position.

The Court asks if the issue has to do with sales tax or transaction privilege taxes.

Mr. Morris thinks they are withholding taxes and have not been paid over to the IRS.

The Court wonders if the trustee and creditor are talking about the returns that are required under Section 1308.

Mr. Morris responds that on the proof of claim it shows the Debtor as the responsible person for Latrikunda Transport Services, LLC.

The Court engages in discussion with the Debtor about what appears to be structural problems with the Chapter 13 plan. The Debtor will need to determine if there are any options to overcome the stated issues. It understands that the Debtor thinks he can overcome the issues if new counsel can be retained.

COURT: THE COURT WILL CONTINUE THE HEARING AND ALLOW THE DEBTOR AN ADDITIONAL THIRTY DAYS TO OBTAIN COUNSEL. AT THE NEXT HEARING THE DEBTOR SHOULD PROPOSE SOMETHING THAT SHOWS PROGRESS HAS BEEN MADE.

Mr. Nance had asked his attorney to have the business portion of the debt settled outside of the Chapter 13 plan. It would be his preference to address the unsecured portion of the claim outside of the Chapter 13. The IRS amount includes assessments or assumed taxes because they did not have the reports that they needed. They are not numbers that he can agree with. He has asked a financial company to come in and work with the IRS to take the part of the business tax obligation to a settlement issue. They have already made a filing with the IRS on behalf of the company to be able to work out a settlement. If the IRS will work with them outside of the bankruptcy he thinks it can be worked out.

The Court understands the Debtor thinks the bankruptcy case may not be the resolution needed at this point in time. The Debtor needs to be able to work with the IRS to resolve some important outstanding issues. The Debtor cannot be allowed to remain in bankruptcy and use the automatic stay to work out those other problems. The case must proceed with the Debtor making plan payments.

Mr. Morris has nothing to add.

COURT: THE HEARING IS CONTINUED TO TUESDAY, APRIL 6, 2021 AT 2:00 P.M.
The interested parties are to appear via ZoomGov.com. The hearing ID is 160 941 8143 and the passcode is 203925. Alternatively the parties may cut and paste the following hearing link into a web browser:
<https://www.zoomgov.com/j/1609418143?pwd=eDdaNkZ0THNKazcrTFhRelZ3NkRBQT09>.

The matter stands at recess.

Page 2 of 3                                                                                                   03/04/2021    2:18:33PM

Case 4:20-bk-01684-SHG    Doc 79    Filed 03/04/21    Entered 03/06/21 22:39:49    Desc
Imaged Certificate of Notice    Page 4 of 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...  4:20-BK-01684-SHG  WEDNESDAY, MARCH 03, 2021 02:00 PM

Copy of the M.E. mailed by BNC to:
Orville Nance, Debtor
tlm